# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>BARBARA ANN PATRICK<br><br><br><br>Debtor(s) | Case No. 21-80564-BPC<br>Chapter 13 |

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on August 13, 2021.

2. The debtor(s) §341 Meeting of Creditors was held September 21, 2021.

3. The debtor(s) overall pay record is 47%.

(**X**) The debtor(s) has/have filed an objection to claim. Feasibility of the debtor(s)' plan cannot be determined until the objection to claim has been resolved.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtor(s)' plan and requests that either confirmation be denied and case be dismissed, or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this October 15, 2021.

                                                      Sabrina L. McKinney
                                                      Chapter 13 Standing Trustee

                                      By: /s/*Shavon L. Richardson*
                                                      Shavon L. Richardson
                                                      Staff Attorney

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: richardsons@ch13mdal.org

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served a copy of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this October 15, 2021.

By: /s/*Shavon L. Richardson*
Shavon L. Richardson
Staff Attorney

Copy to: BARBARA ANN PATRICK
4150 ACADEMY DR #1132
OPELIKA, AL 36801

PAUL D ESCO (via electronic filing)