IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:

Barbara Ann Patrick

Debtor.

21-80564-BPC-13
Chapter 13

## OBJECTION TO CONFIRMATION

Comes Now Santander Consumer USA, Inc. ("Santander"), a secured creditor in the above styled cause, and files its Objection To Confirmation of the Debtor's amended plan as follows:

1. Santander has a security interest in a 2019 Nissan Rogue VIN: 5N1AT2MT5KC780845.

2. The Debtor purchased the subject vehicle on April 16, 2019 which is within 910 days of the filing of her petition.

3. Due to the Debtor's pending Objection To Claim #5, the Debtor's plan does not propose to pay the contract balance owed to the Movant as required by Section 1325(a) of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005.

4. The lien retention language of the plan in Part 16(a) is inconsistent with the required lien retention language in 11 U.S.C. § 1325(a)(5)(B).

WHEREFORE, the Movant objects to confirmation of the Debtor's amended plan.

/s/ Allan M. Trippe

ALLAN M. TRIPPE (ASB-7824-P79A)
Attorney for Santander Consumer USA, Inc.

OF COUNSEL:
TRIPPE & BROWN, L.L.P.
P.O. Box 531103
Birmingham, Alabama 35253
(205) 879-9220
allantrippe@lawbham.com

CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing on Paul D. Esco and Sabrina L. McKinney by electronic transmission and on Barbara Ann Patrick by placing a copy of same in the U.S. Mail, or by electronic transmission, on this 29th day of October, 2021.

Paul D. Esco (paul.esco@aol.com)
Attorney for Debtor
2800 Zelda Road, Suite 200-7
Montgomery, Alabama 36106

Sabrina L. McKinney (trustees_office@ch13mdal.com)
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101

Barbara Ann Patrick
4150 Academy Drive #1132
Opelika, Alabama 36801

                                            /s/ Allan M. Trippe
                                            OF COUNSEL