UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA (OPELIKA)

IN RE

BARBARA ANN PATRICK
   Debtor

Case No. 21-80564

## AMENDED MOTION FOR RELIEF FROM STAY

Comes now Paces at the Estates, debtor's current landlord, and amends his Motion for Relief from Stay as follows:

1. On July 2, 2021, the creditor filed an action for unlawful detainer against the debtor in Lee County District Court, Case No. 43-DV-2021-129. The debtor filed an answer on July 27, 2021. A trial for possession was held on August 10, 2021. Both parties appeared at trial. The creditor was awarded an order of possession of the property known as 4150 Academy Drive #1132, Opelika, Alabama on that date.

2. The debtor filed bankruptcy on August 13, 2021. The unlawful detainer case is currently stayed.

3. The undersigned attorney filed a notice of appearance for the landlord on October 22, 2021.

4. On October 22, 2021, the landlord filed a proof of claim in the amount of $6,925.00 on October 22, 2021.

5. On October 26, 2021, the debtor filed an Amended Scheduled G adding the landlord to the petition.

6. On October 26, 2021, the debtor filed an Amended Chapter 13 Plan assuming rent arrearage in the amount of $5,540.00 stating $100.00 per month would be paid to the creditor.

7. The Amended Chapter 13 Plan also Assumed the lease.

8. On December 7, 2021, the filed an Amended Chapter 13 Plan, now <u>Rejecting</u> the lease with the landlord.

9. Because the lease has been rejected, the landlord asserts the motion for relief from stay should be granted without delay.

Wherefore, the landlord requests an Order Granting Relief from Stay and such other relief to which he may be entitled at law or in equity.

Respectfully submitted,

/s/ Larry Darby
Larry E. Darby (DAR009)
Attorney for Creditor
Darby Law Firm, LLC
Post Office Box 3905
Montgomery, Alabama 36109
Tel 334.356.3593
Bankruptcy@AlabamaEvictions.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the forgoing upon the following interested parties electronically or by placing a copy of the same in the U.S. Mail on the date that this document was filed in the above case.

| | |
|---|---|
| **Paul D. Esco, Esquire** | **Sabrina L. McKinney, Trustee** |
| **Attorney for Debtor** | |
| **2800 Zelda RD, STE 200-7** | **P. O. Box 173** |
| **Montgomery, AL 36106** | **Montgomery, AL 36101** |

                                                **/s/ Larry Darby**
                                                **Larry E. Darby (DAR009)**