The relief described hereinbelow is SO ORDERED

Done this 29th day of December, 2021.

*Bess M. Parrish Creswell*

**Bess M. Parrish Creswell**
**United States Bankruptcy Judge**



_____

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| BARBARA ANN PATICK, | ) | Case Number: 21-80564 |
| Debtor | ) | |

### AMENDED ORDER GRANTING RELIEF FROM AUTOMATIC STAY

This matter having come before the Court on the Motion for Relief from Stay with waiver of Rule 4001(a)(3) filed by Paces at the Estates, and counsel for the parties having announced that they have come to an agreement, it is hereby ORDERED as follows:

1. The Motion for Relief from Stay filed by the creditor is GRANTED.

2. The creditor may proceed to enforce any contract, pursuant to state law, pertaining to possession of the property in question.

3. The automatic stay of execution pursuant to Rule 4001(a)(3) is waived.

###END OF ORDER###

Order Drafted By:

Larry Darby
Darby Law Firm, LLC
PO Box 3905
Montgomery, AL 36109
334-356-3593
Bankruptcy@AlabamaEvictions.com

Order Consented To By:

LARRY E. DARBY
Attorney for Creditor
PO Box 3905 Montgomery, AL 36109
334-356-3593
Bankruptcy@AlabamaEvictions.com

PAUL D. ESCO
Attorney for Debtor
2800 Zelda Road; Suite 200-7
Montgomery, AL 36106
334-832-9100
paul.esco@aol.com

SABRINA L. MCKINNEY
Chapter 13 Trustee
PO Box 173
Montgomery, AL 36101
334-262-8317
trustees_office@ch13mdal.org